IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rosetta Parker,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Financial Recovery Services, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Civil Action No.: 1:12-cv-05596 |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Financial Recovery Services, Inc. and Does 1-10, inclusive, without prejudice and without costs to any party.

Rosetta Parker

　/s/ Sergei Lemberg　

Sergei Lemberg, Esq. (SL 6331)
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT  06905
(203) 653-2250
Attorney for Plaintiff

Financial Recovery Services, Inc.

　/s/ Michael S. Poncin　

Michael S. Poncin, Esq.
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 877-5000
(612) 877-5999 (fax)
poncinm@moss-barnett.com
Stacie E. Barhorst
Kaplan, Papadakis & Gournis, P.C.
180 N. LaSalle St.

Suite 2108
Chicago, IL 60601
(312) 726-0531
(312) 726-4928 (fax)
sbarhorst@kpglaw.com
Attorney for Defendant

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg
                                                     Sergei Lemberg